IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| VICTOR BUFFINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant | No. C13-0142<br><br>ORDER GRANTING APPLICATION<br>FOR ATTORNEY FEES |

This matter comes before the Court on the Application for Fees Pursuant to EAJA (docket number 16) filed by the Plaintiff on January 22, 2015 and the Response (docket number 17) filed by the Defendant on February 3, 2015. Plaintiff requests that the Court order attorney fees in the amount of $8,422.40 and reimbursement of expenses and costs in the amounts of $18.33 and $400.00 respectively. According to Defendant's response, the parties "have agreed to an award of EAJA fees and expenses in the total amount of $7,591.73." The Court finds the motion should be granted in the reduced amount.

## ORDER

IT IS THEREFORE ORDERED that Plaintiff's Application for Fees (docket number 16) is **GRANTED** in the reduced amount agreed to by counsel, as reflected in the response. Judgment will be entered in favor of the Plaintiff for attorney fees and expenses in the amount of Seven Thousand, Five Hundred Ninety-One Dollars and seventy-three cents ($7,591.73) to be paid by the Social Security Administration, and costs in the amount

of Four Hundred Dollars ($400.00) to be paid by the Judgment Fund administered by the Department of the Treasury.

DATED this 4th day of February, 2015.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA